
FILED

FEB 26 2016

PATRICK KEANEY
Clerk, U.S. District Court

By _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: VOUCHERS SUBMITTED FOR PAYMENT UNDER THE CRIMINAL JUSTICE ACT (CJA) | ) ) ) ) General Order No. 16-1 |

### GENERAL ORDER

In the interest of promoting accuracy, prompt payment, streamlined processing and automated maintenance of vouchers submitted under the Criminal Justice Act (CJA), all CJA payment vouchers must be submitted electronically using the CJA eVoucher system beginning February 29, 2016. The CJA eVoucher system is a web-based electronic voucher preparation and submission system adopted by the Administrative Office of the United States Courts. All CJA panel attorneys must register with the Clerk of the Court to obtain user training and login information.

**IT IS SO ORDERED** this 26th day of February, 2016.

_____
JAMES H. PAYNE
CHIEF UNITED STATES DISTRICT JUDGE